**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| **KELLEY O'NEIL'S INC., IRISH ROSE SALOON INC., ANNA O'BRIEN'S INC., O'TOOLE'S IRISH PUB INC**, and **DOS KALBOS ENTERPRISES, LLC**, in their individual capacities and on behalf of those similarly situated,<br><br>Plaintiffs,<br>-against-<br><br>**DAVID IGE**, in his official capacity as Governor of the State of Hawai'i, **CLARE E. CONNORS**, in her official capacity as Attorney General for the State of Hawai'i, **THE STATE OF HAWAI'I, KIRK CALDWELL**, in his official capacity as Mayor of the City and County of Honolulu, and **THE CITY AND COUNTY OF HONOLULU.**<br><br>Defendants. | Civil No.: 1:20-cv-449-LEK-RT<br><br>**AFFIDAVIT OF WILLIAM COMERFORD** |

STATE OF HAWAII )
) ss:
COUNTY OF HONOLULU )

WILLIAM COMERFORD, being duly sworn, deposes and says:

1. I am a shareholder and president of Plaintiffs Kelley O'Neil's Inc., Irish Rose Saloon Inc., Anna O'Brien's Inc., O'Toole's Irish Pub Inc.

2. I am personally familiar with the facts and circumstances set forth herein based on my personal knowledge.

3. I submit this Affidavit in Support of Plaintiff's Motion for a Preliminary Injunction.

4. In response to Defendant Governor Ige's March 4, 2020 Emergency Proclamation and Supplements thereto, and in response to Defendant Mayor Caldwell's March 4, 2020 Emergency Proclamation, March 20, 2020 Emergency Order 20-01, and all Supplements thereto (collectively the "Closure Orders"), my establishments have been closed indefinitely.

5. The Closure Orders have caused irreparable injury to my business from which there may be no recovery.

6. The Closure Orders are not only imminent, but they are currently causing severe damages to my business, my finances and my employees since the closure.

7. Two of my businesses, Anna O'Brien's and Irish Rose Saloon, have closed permanently because of the Closure Orders.

8. Each of my businesses hold food service establishment permits which authorize the resale and on-premises consumption of pre-packaged food, and further authorizes my business to contract with restaurants to service my customers food orders.

9. At all times after the Closure Orders became effective, I have been prohibited from opening my businesses despite the existence of food service at each of my establishments.

10. At all times since the COVID-19 pandemic began, my business has and is able to fully comply with all necessary sanitary, social distancing and other governmental restrictions, including spacing customers six feet apart, mandatory facemasks for employees, facemasks for customers entering and leaving, and enhanced cleaning procedures.

11. Despite my adherence to the foregoing guidelines, the Closure Orders have closed my businesses.

Dated: Honolulu, HI
October 20, 2020

WILLIAM COMERFORD

STATE OF HAWAII )
) ss:
COUNTY OF HONOLULU )

On this 20th day of October, 2020, before me personally appeared William Comerford, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

LAI KIN KWONG
NOTARY PUBLIC
No. 14-100
STATE OF HAWAII

Signature of Notary Public
Print Name: Lai Kin Kwong
My commission expires:
4-6-2022

Doc. Date: 10/20/2020 # Pages 3
Notary Name: Lai Kin Kwong First Circuit
Doc. Description Affidavit of William Comerford
Notary Signature Date 10/20/2020

LAI KIN KWONG
NOTARY PUBLIC
No. 14-100
STATE OF HAWAII