James D. DiPasquale, Esq. (011033)
DIPASQUALE & SUMMERS, LLP
1003 Bishop Street, Suite 1260
Honolulu, Hawaii 96813
Telephone: (808) 240-4771
Facsimile: (808) 240-4765
Email: james@ds-lawoffices.com
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| **KELLEY O'NEIL'S INC., IRISH ROSE SALOON INC., ANNA O'BRIEN'S INC., O'TOOLE'S IRISH PUB INC,** and **DOS KALBOS ENTERPRISES, LLC**, in their individual capacities and on behalf of those similarly situated, <br><br> Plaintiffs, <br> -against- <br><br> **DAVID IGE**, in his official capacity as Governor of the State of Hawai'i, **CLARE E. CONNORS**, in her official capacity as Attorney General for the State of Hawai'i, **THE STATE OF HAWAI'I**, **KIRK CALDWELL**, in his official capacity as Mayor of the City and County of Honolulu, and **THE CITY AND COUNTY OF HONOLULU.** <br><br> Defendants. | Civil No.: 1:20-cv-449-LEK-RT <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs KELLEY O'NEIL'S INC., IRISH ROSE SALOON INC., ANNA O'BRIEN'S INC., O'TOOLE'S IRISH PUB INC, and DOS KALBOS ENTERPRISES, LLC (collectively "Plaintiffs"), by and through their attorneys, DiPasquale & Summers, LLP, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal of Plaintiffs' Complaint, filed on October 20, 2021 against Defendants DAVID IGE, in his official capacity as Governor of the State of Hawai'i, CLARE E. CONNORS, in her official capacity as Attorney General for the State of Hawai'i, THE STATE OF HAWAI'I, KIRK CALDWELL, in his official capacity as Mayor of the City and County of Honolulu, and THE CITY AND COUNTY OF HONOLULU. (collectively "Defendants"), without prejudice, of any and all claims of Plaintiffs in the above-captioned action. Defendants have not filed or served an Answer to Complaint in this case. Trial in this matter has not been set. No claims or parties remain.

Dated: Honolulu, HI, March 4, 2021

                By:  /s/ James D. DiPasquale, Esq.
                _____
                JAMES D. DIPASQUALE (011033)
                Attorney for the Plaintiffs

APPROVED AS TO FORM:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge